# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2006-GW(RAOx) | Date | May 31, 2018 |
|---|---|---|---|
| Title | *Mehrnaz Mary Hakimi v. CVS RX Services, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bradley J. Mancuso | Amy R. Patton |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR REMAND [13];**

**SCHEDULING CONFERENCE**

Court hears oral argument on Plaintiff's Motion for Remand. For reasons stated on the record, Plaintiff's Motion is TAKEN UNDER SUBMISSION. Court to issue ruling.

The scheduling conference is taken off-calendar to be reset if necessary.

: 11

Initials of Preparer JG